

Filing

1  Wanxia Liao
   Plaintiff
2  7 Beatrice St.,
   Toronto, Ontario
3  Canada M6J 2T2
   Tel: 416-537-0656
4

FILED

JUN - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

5

6

7

8           IN THE UNITED STATES DISTRICT COURT
          FOR THE NOTHERN DISTRICT OF CALIFORNIA
9

10

11  WANXIA LIAO,                                    Case No.:

12            Plaintiff,                         C08-02776

13       vs.

14  JOHN ASHCROFT, Attorney General of United States;

15  ALBERTO GONZALES, formerly Attorney General of

16  United States;                                 **COMPLAINT**

17  KEVIN CALLAHAN, paralegal of DOJ;              **AND**

18  RACHEL MEDWIN, paralegal of DOJ;               **DEMAND FOR JURY TRIAL**

19  MARK J. KAPPELHOFF , Section Chief of the Civil

20  Rights Division, DOJ;

21  ARTHUR BALIZAN, Acting Special Agent of FBI;

22  ROBERT MUELLER, Director of FBI;

23  JERRY TIDWELL, Risk Management Manager of SF

24  Police Department;

25  HEATHER FONG, the Chief of Police for SF Police

ADR

EMC

NOTICE OF ASSIGNMENT
TO MAGISTRATE JUDGE SENT

- 1

1    Department;

2    JOE URQUHART, formerly Foreperson of SF Indictment

3    Grand Jury;

4    JENNI PARRISH, formerly Acting Foreperson of SF

5    Civil Grand Jury;

6    SAN FRANCISCO SUPERIOR COURT;

7    CITY AND COUNTY OF SAN FRANCISCO;

8    SAN FRANCISCO POLICE DEPARTMENT;

9    CLAUDIA WILKEN, judge of US District Court for

10   Northern District of California;

11   KAY YU, Deputy Attorney General of California;

12   BILL LOCKRY, formerly Attorney General of California;

13   MICHAEL LAURENSON, lawyer of Gordon & Rees

14   LLP;

15   GORDON & REES LLP;

16   CNN;

17   YOUTUBE

18

19                    Defendants

20

21                         **NATURE OF THE ACTION**

22   1.  This is a constitutional, civil, and human rights case challenging the racially motivated

23        refusals by United States government ("Federal") officials and California state officials to

24        investigate my criminal complaints, and the conspiracy by federal justice administrative

25        officials with the US major media to place a secret prior restraint on my Internet free speech

                                   -  2

about my human rights case without due process of law in purpose to cover up my human rights cases against the US, etc. By these unlawful acts, the Defendants, acting under color of state law, violated my rights to Equal Protection under the Fourteenth Amendment, to freedom from discrimination on basis of race under the 1964 Civil Rights Act, and to free speech under the First Amendment. This action seeks damages and declaratory relieves under Title 42, Section 1983 of the United States Code and other federal and California State statutes.

## JURISDICTION AND VENUE

2. I am a citizen of Canada, the Defendants are citizens of US. The original jurisdiction is conferred on this Court by 28 U.S.C. 1332. This Court also has jurisdiction under 28 U.S.C. § 1331 (federal question jurisdiction), 5 U.S.C. §§ 551, 559 (Administrative Procedure Act), and 28 U.S.C. §§ 2201 and 2202 (the Declaratory Judgment Act).

3. Venue is proper in the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1391(b) in that a substantial part of the events giving rise to my claims occurred in this District.

## JURY DEMAND

4. I demand trial by jury in this action on each and every one of my claims.

- 3

Liao v.Ashcroft et al.

1

**PARTIES**

2

5. I, plaintiff of this case, Wanxia Liao, am a citizen of Canada, immigrant from China.

3

Currently reside in Toronto, Canada.

4

5

US Department of Justice Defendants:

6

7

6. Defendant John Ashcroft is the Attorney General of US. He is sued in his individual and

8

official capacities, under §1983, for violation of Fourteenth Amendment equal protection

9

clause, violation of First Amendment free speech clause and violation of §1988 of USC -

10

conspiracy to deprive rights.

11

12

7. Defendant Alberto Gonzales is former Attorney General of US. He is sued in his individual

13

and official capacities, under §1983, for violation of Fourteenth Amendment equal protection

14

clause, violation of First Amendment free speech clause and violation of §1988 of USC -

15

conspiracy to deprive rights.

16

17

8. Defendant Kevin Callahan is a Paralegal for the Criminal Section of the Civil Rights

18

Division, US Department of Justice. He is sued in his individual capacity, under §1983, for

19

violations of Fourteenth Amendment equal protection clause. He is also sued for intentional

20

infliction of emotional distress.

21

22

23

9. Rachel Medwin is a Paralegal for the Criminal Section of the Civil Rights Division, US

24

Department of Justice. She is sued in her individual capacity, under §1983, for violations of

25

Fourteenth Amendment equal protection clause.

- 4

10. Mark J. Kappelhoff is Criminal Section Chief with the Civil Rights Division of the DOJ. He is sued in his individual and official capacities, under §1983, for violations of Fourteenth Amendment equal protection clause

FBI Defendants:

11. Defendant Arthur Balizan is the former Acting Special Agent in Charge of FBI San Francisco. He is sued in his individual capacity, under §1983, for violations of Fourteenth Amendment equal protection clause.

12. Defendant Robert Mueller is Director of FBI. He is sued in his individual and official capacities, under §1983, for violations of Fourteenth Amendment equal protection clause.

San Francisco Police Department Defendants:

13. Defendant Jerry Tidwell is the Risk Management Manager of San Francisco Police Department. He is sued in his individual capacity, under §1983, for violations of Fourteenth Amendment equal protection clause. He is also sued for violation of Section 682 of California Penal Code.

14. Defendant Heather Fong is the Chief of Police for San Francisco Police Department. She is sued in her individual and official capacities, under §1983, for violations of Fourteenth Amendment equal protection clause. She is also sued for violation of Section 682 of California Penal Code.

1

2    San Francisco Grand Jury Defendants:

3    15. Defendant Joe Urquhart is the former Foreperson of San Francisco Indictment Grand Jury

4    (2006B). He is sued in his in his individual capacity, under §1983, for violations of

5    Fourteenth Amendment equal protection clause. He is also sued for violations of the

6    California Constitution, Article 1, Section 23 (a).

7

8    16. Jenni Parrish is the former Acting Foreperson of San Francisco Civil Grand Jury (2006-

9    2007). She is sued in his in her individual capacity, under §1983, for violations of

10   Fourteenth Amendment equal protection clause. She is also sued for violations of the

11

12   California Constitution, Article 1, Section 23 (a).

13

14   San Francisco City and County government Defendants:

15   17. Defendant San Francisco Superior Court is the government agency in charge of San

16   Francisco Grand Jury. It is sued under §1983 for a declaratory judgement for violation of

17   Fourteenth Amendment equal protection clause.

18

19   18. Defendant City and County of San Francisco and San Francisco Police Department are sued

20   under §1983 for violation of Fourteenth Amendment equal protection clause.

21

22

23   US District Court Defendant:

24

25

- 6

Liao v.Ashcroft et al.

19. Defendant Claudia Wilken is a judge of US District Court for Northern District of California. She is sued in her official capacity, under §1983, for a declaratory judgement for violation of Fourteenth Amendment due process right, and violation of Section 144 of the USC.

State of California Defendants:

20. Defendant Kay Yu is Deputy Attorney General of California. She is sued in her individual capacity, under §1983, for violation of Fourteenth Amendment due process clause. She is also sued for damages for violation of §6128 of California Business and Profession Code.

21. Defendant Bill Lockry is the former Attorney General of California. He is sued in his official capacity, under §1983, for a declaratory judgement for violation of Fourteenth Amendment due process right.

Gordon & Rees LLP Defendants:

22. Defendant Michael Laurenson is a lawyer of Gordon & Rees LLP, counsels on record to Defendant of my civil rights case. He is sued for subornation of perjury, in violation of Title 18, U.S.C., §1622, and violation of §6128 of California Business and Profession Code.

23. Defendant Gordon & Rees LLP is a law firm representing the Defendant of my civil rights case. It is sued for subornation of perjury, in violation of Title 18, U.S.C., §1622, and violation of §6128 of California Business and Profession Code.

US media Defendants:

- 7

24. Defendant CNN is a US broadcasting media corporation. It is sued for conspiracy in violation of §1988 USC and violation of free speech clause of First Amendment.

25. Defendant Youtube is a US Internet media corporation. It is sued for conspiracy in violation of §1988 USC and violation of free speech clause of First Amendment.

**BACKGROUND**

26. In 1991, when I was a MA student at the University of Toronto, Canada, I had an academic dispute with a professor in East Asian Studies Dept., David Waterhouse. Waterhouse made a finding that "beautiful" is a European concept and Asians did not have the concept in history, because it was the "first aesthetic response in history" that Adam and Eve in Bible story found the trees "pleasant to sight", yet the Japanese word and Indian word "beautiful" did not originally mean what Adam and Eve felt. Waterhouse then called to establish a "biological/racial approach" to art history studies that stemmed out from an art history theory formulated in 1930's Germany which was criticized by American Jewish art historian Schapiro as "significantly promoted race feelings" in history.

27. I asked Waterhouse about the origin of English word "beautiful" and he checked out that it was borrowed from Latin language; I submitted to him that the Chinese word "beautiful" originally meant "pleasant to sight". Then I found myself being subject to Waterhouse's prejudice that "Poor Chinese still want to claim historical inventions" in a later class. In response I provided him in my term paper with material evidences not only from the Chinese

- 8

Liao v.Ashcroft et al.

1    but some other sources to prove that the concept of "beautiful" is universal to all human

2    beings in history. I also requested his elaboration on his "biological approach" theory.

3

4    28. While admitting to me by writing that he had to agree with my findings on the concept of

5    beauty, Waterhouse took a reprisal harassment against me that was purposed to interfere with

6    my Ph.D application and that consisted of a series of fraud, in violation of the university's

7    grading systems, and academic regulations. The violations so far known to me are: a).

8    Waterhouse frauded a B as 'final grade" of the course for me while the course was still in

9    progress and submitted it to the Graduate School and the department admission committee

10    for its admission and scholarship ranking meeting; b). when submitting this fraudulent grade,

11    Waterhouse bypassed the Chair of the department for grade reviewing as required by the

12    university's grading policy, and the then Chair is Asian in ethnicity (Korean); c). Waterhouse

13    provided a reference letter for my Ph.D application in that he fraudulently identified himself

14    as my program supervisor to magnify his capacity in his objection of my application; d). his

15    objection to my application was based on an erroneous ground since as an art history course

16    instructor, Waterhouse had no academic capacity to make the judgement that my academic

17    preparation for another academic field - Chinese literature studies was inadequate. This fraud

18    directly caused the failure of my application for Ph.D program.

19

20

21

22    29. After I complained to the Ontario Human Rights Commission (the OHRC), the Canadian

23    government worked up against me to cover up for Waterhouse. In the meanwhile, an

24    American White professor, James Cahill of the University of California at Berkeley, after

25    learning the racial dispute background of my Complaint to OHRC, joined the conspiracy

- 9

1    with the Canadian government to cover up Waterhouse's fraud and his racial prejudice in his
2    theory for him. Before the OHRC dismissed my Complaint, Cahill and the OHRC, and the U
3    of T conspired to set me up for a criminal prosecution with an entrapment for a bogus charge
4    of "uttering death threat" in May 1995.
5
6    30. The Commission fist deceived me by telling me that under the Commission's confidentiality
7    rule: "Everything you tell the Commission is only between you and the Commission", and
8    that I had the duty to tell the Commission "everything true". Then the investigator Strojin
9    used my trust on this confidentiality rule to frequently solicit my angry expressions by asking
10   me incriminating questions over our telephone conversations. Then the prosecution was
11   directly initiated in April of 1995 by Cahill's Opinion. In it, while backing up Waterhouse,
12   Cahill deliberately disclosed his breach of the re-reading confidentiality rule policy to have
13   detailed exchange of information with U of T about my paper, indicated the valuable
14   academic merits of my paper and problems of Waterhouse's article, and even acknowledged
15   his political consideration for this Opinion that "some knowledge of the circumstances
16   surrounding the paper and the grade certainty complicates the matter". All of these were to
17   openly disclose his collusion with the U of T and the OHRC to me to provoke my anticipated
18   anger. (As the letter written by U of T lawyer Blight indicates that the U of T and the OHRC
19   had already prepared for my anger to the Opinion shortly before it arrived). Then the OHRC
20   officer, when informing me about this Opinion over the phone, asked me: "What are you
21   gonna do now?" Then he passed my angry crying "If they are going to kill me, I'm going to
22   kill them, too" to U of T party, charging me with a criminal offence of "Uttering Death
23   Threat to Waterhouse" The police laid the charge against me after the U of T's complaint in

- 10

Liao v.Ashcroft et al.

May of 1995. The OHRC, U of T, the police and the prosecutors in fact all knew that I did

not pose any real threat to any one, as even the informant Strojin testified to the police at my

first arrest that I "does not pose a real threat to the victim", and I assured the police at the

same time that I would not do such a thing, and I was only angry when I answered Strojin's

questions.

31. I defended myself and claimed that this entrapment is unlawful under S. 13 of the Canadian

Charter of Rights and Freedoms that provides the right against self-incrimination under the

Canadian Charter of Rights: "A witness who testifies in any proceedings has the right not to

have any incriminating evidence so given used to incriminate that witness in any other

proceedings, except in a prosecution for perjury or for the giving of contradictory evidence".

However, in June, 2000, and I was found guilty by Judge Knazan on one count of "Uttering

Death Threats causing Waterhouse to receive threats", and was sentenced to a Conditional

Discharge.

32. In April of 2002, I filed a civil rights case against Cahill with the San Francisco Superior

Court. In order to protect Cahill, the whole California state court system was organized by

the government to suppress my Complaint to cover up for him. This even include the officers

of the justice system committing crimes against me - the forgery of court summons by a

California Superior Court Supervisor Maura Ramirez; the unlawful law practice of deceit and

fraud by "Deputy Attorney General" of California, Kay Yu, etc., and even the judges of the

courts, including the Court of Appeal, would commit unlawful conduct such as to fraud

California laws. As a result of this overwhelming oppression, I voluntarily dismissed my

action in the state court and re-filed it in June of 2003 with US District Court for the
Northern District of California.

33. In the processes of my civil rights cases against him in federal court, on May 1, 2005, Cahill
made a declaration under penalty of perjury for a question in issue - his absence periods from
California in his residential history. This was the most crucial question decisively material to
my case for reason of the tolling statute of limitations under s. 351 of California Code of
Civil Procedures. Under penalty of perjury, Cahill made materially false, fictitious, and
fraudulent statements that concealed the most crucial material facts of he and his wife's
separate residential and employment histories, and falsified their residential and employment
histories. The federal District Court dismissed my civil rights case against him based on these
falsified facts in this Declaration.

34. In the meanwhile, my another civil rights case in the same federal court against California
courts judges and government officers was also dismissed by Judge Claudia Wilken by
unlawful means - without even adjudicating most of my claims, etc.

35. During the course of my civil rights cases, in order to break the US media publication ban on
my case, I tried to publicize my story on Internet news groups. On December 19, 2005, while
I was posting on Yahoo's Message Board to reveal my case, I received a death threat that told
me: "neither america nor canada is afraid of 'disappearing' people who they think actually
pose a threat to them. So the fact that you are here and not gitmo, some yukon cell, or six feet
under ALONE should tell you that they jut don't give a damn about what you think. Your

lawsuit isn't some global conspiracy." This poster was undoubtedly speaking for the US and Canadian governments and did so as a knowledgeable insider of the governments.

36. Despite that all these crimes are all recorded on written documents, and all the facts so accurately match the descriptions of these offenses by the criminal laws of the US and Canada, the FBI and the US Department of Justice, the California San Francisco Police Department, the California District Attorney, all refused to investigate my complaints. In California, even the Grand Jury is in the tight control of the government, in that the Foreman was picked by the court, and the foreman controls what the other Grand Jurors would know, (in violation of California and US constitutions that provide a grand jury can only decide on a complaint as a whole by votes), and so the Foreman just simply made a personal decision not to investigate my complaint.

## FACTS AND ALLEGATIONS SPECIFIC TO DEFENDANTS

US Department of Justice Defendants:

37. On November 10, 2005, I filed a criminal complaint with the Civil Rights Division of the DOJ, alleging criminal acts of US officials against my civil rights, that included California state judges, court clerk and California Deputy Attorney General for their conspiracy against me in my civil rights proceeding in California courts. The reply letter was written by Rachel Medwin on behalf of the Criminal Section Chief Mark J. Kappelhoff of the Civil Rights Division, dated November 28, 2005. It stated that "your complaint doe not involve a prosecutable violation of federal criminal civil rights statutes."

- 13

38. This letter did not provide me with any grounds, either factual or legal, for this conclusion. It appeared to me at the time that it was a "jurisdiction" problem. Since in this letter, the Division stressed to me that the Criminal Section of Civil Rights Division engages in investigating civil rights violations involving "violence", so I assumed that the reason for the refusal to investigate could be the fact that the violations alleged in my complaint did not involve violence.

39. On June 20, 2006, I sent the Criminal Section a criminal complaint about threats to my security of life that I received on a Yahoo's Message Board. However, despite this time this time my Complaint did involve violence – threats of forced disappearance and death threats, I received a letter dated August 28, 2006 from Rachel Medwin, that again refused to investigate my complaint, for the same reason in the same sentence: "your complaint doe not involve a prosecutable violation of federal criminal civil rights statutes." Again, no any grounds provided. I only notice that this time, the statement about the jurisdiction of the Criminal Section of Civil Rights Division was described to a further limited scope – from the previous "violence against civil rights" to now "excessive physical force or sexual abuses by law enforcement officers".

40. On June 22, 2006, I sent a complaint to the US Attorney General, complained against the former professor of UC Berkeley James Cahill, California state court clerk Maura Ramirez, California Court of Appeal judges Timothy Reardon, Patricia Sepulveda, Maria Rivera, California Deputy Attorney General Kay Yu, lawyers for Cahill Michael Laurenson, Marcie Isom and John Do (the poster threatening me on Yahoo's Message Board).

- 14

Liao v.Ashcroft et al.

41. On November 28, 2006, Kevin Callahan of the Criminal Section wrote to me, informing me that my complaint to US Attorney General Alberto Gonzales dated on June 22, 2006 had been referred to the Criminal Section, and again, refused to investigate my complaint for the same conclusion in the same sentence: "your complaint doe not involve a prosecutable violation of federal criminal civil rights statutes." And again no any reason provided.

42. On January 30, 2007, I wrote to the Criminal Section to request clarification on the reasons for its refusal to investigate my complaints. I could not make certain about the reasons for the refusal, because in each reply letter from the Criminal Section, there is no any reason provided except there is always a statement about the Criminal Section's jurisdiction.

43. On February 9, 2007, I telephoned the Civil Rights Division to ask for a reply to my inquiry, and was directed to talk with Callahan of the Criminal Section. Callahan acted in an astonishingly harassing and threatening manner towards me. To my request for clarification of the reason for the Criminal Section to dismiss my complaint, Callahan referred to the jurisdictional statements about the Criminal Section in the reply letters to me as reasons. However, during the conversation, when I asked for the reason why even the death threat on Internet would not be a violation of civil rights, he directly told me: "You think it is a crime, but WE don't think it is a crime!"

44. On March 14, 2007, Callahan responded by writing to my inquiry. And again there was still nothing but an exactly same jurisdictional statement about the Criminal Section, and then a

- 15

Liao v.Ashcroft et al.

conclusion: "we have concluded that your complaint does not alter out earlier decision in this matter." There is no clarification that I requested as to whether the finding that "your complaint doe not involve a prosecutable violation of federal criminal civil rights statutes" is adjudication on the merits of my complaint, and whether the only jurisdictional statements are the reasons for this conclusion.

45. It is the principle of laws that only jurisdiction can confer an authority the power to adjudicate the merits of a dispute. The Criminal Section does not have the right at law to make any adjudication on the merits of my complaint that it does not consider itself to have jurisdiction to deal with. And the Attorney General disregarded my appeal that the Office of Attorney General improperly referred my Complaint to a subordinate section that does not have jurisdiction over my Complaint. By these unlawful acts, the DOJ Defendants have constituted a violation of my right to equal protection under the 5th Amendment.

46. Aside from direct involvement of the refusal to investigate my criminal Complaint to DOJ, Defendant JOHN ASHCROFT and Alberto Gonzales, in their capacities as former and present Attorney General of US, at the time of the actions complained of in this case and at the present time, have ultimate responsibility for the implementation and enforcement of United States laws, and therefore are responsible for all the unlawful conducts of the DOJ officials.

47. Further and in particular, Defendant JOHN ASHCROFT and Alberto Gonzales, in their capacities as former and present Attorney General of US, are responsible for the prior

- 16

Liao v.Ashcroft et al.

1  restraint secretly imposed on my free speech on Internet in publicizing my case against the

2  US by the US government. As the US government's operation of a prior restraint to prevent

3  any individual to free speech through media can only be imposed in the name of law, and the

4  administration of law is the jurisdiction of the DOJ. This secret prior restraint on my free

5  speech is unlawful, as it was not acquired through lawful means. By lawful means, it must

6  have been obtained publicly, with legal reasons provided and publicized, operated publicly,

7  and I shall have the right to oppose and to be heard. Yet all of these did not happen. It was

8  then a secret underground government conspiracy, joined with by the media Defendants. By

9  doing so, Defendant JOHN ASHCROFT and Alberto Gonzales violated my right to free

10  speech under First Amendment, and violated §1988 of the USC for conspiracy to deprive

11  rights.

12

13

14  FBI Defendants:

15  48. On September 27, 2005, I filed a criminal complaint with the San Francisco FBI, alleging

16  criminal acts of US officials against my civil rights, that included California state judges,

17  court clerk and a California Deputy Attorney General for their conspiracy against me in my

18  civil rights proceeding in California courts.

19

20

21  49. Since I never received any response from the FBI, I faxed a letter to inquire about the status

22  of my complaint in February 3, 2006. Chief Division Counsel Jennifer Wilson wrote back to

23  me on February 7, 2006, advising me that "A check of FBI's records system shows no record

24  of a communication from you. Should you wish to communicate with the San Francisco

25

-  17

Liao v.Ashcroft et al.

1   Division of the Federal Bureau of Investigation, please send it to…" I resent in the

2   complaint, addressed to Jennifer Wilson. Yet again I never received any response.

3

4   50. On June 14, 2006, I revised my criminal complaint, narrowed down the scope of my

5   complaint from a mainly criminal civil rights complaint to a mainly federal general crime

6   complaint. I removed my complaint against the state judicial officers, the court clerk and the

7   California Deputy Attorney General (and decided it would be better to pursue the remedies

8   against their crimes in California state jurisdiction), only left Cahill, and added complaints

9

10  against John Do (Yahoo ID: cpetr13) and Michael Laurenson.

11

12  51. This complaint alleged that: James Cahill committed federal crimes: (1) Perjury, in violation

13  of Title 18, Section 1621 of USC; (2) False declarations before grand jury or court, in

14  violation of Title 18, Section 1623 of USC;  John Doe (Yahoo ID: cpetr13) committed

15  federal crime, in violation of Section 245 of the USC: Federally protected activities;  Michael

16  Laurenson committed federal crimes: Subornation of perjury, in violation of in violation Title

17  18, U.S.C., Section 1622.

18

19  52. On June 26, 2006, the then Acting Special Agent in Charge of FBI San Francisco, Arthur

20  Balizan replied to my complaint and stated in his letter: "This is to acknowledge receipt of

21  your letters dated February 9, 2006 and June 14, 2006, concerning a possible violation of

22  your civil rights. The facts set forth in you letter do not constitute a federal civil rights

23  violation, therefore, no investigation will be conducted."

24

25

-   18

Liao v.Ashcroft et al.

53. On July 10, 2006, I made written inquiry to FBI San Francisco about my federal general crime complaints which the FBI did not respond to in its decision not to investigate my complaint. The FBI only decided the merits of my civil rights complaint under federal civil rights statutes, but did not respond to my federal general crime complaints. In my letter of inquiry, I stated my opinion that the FBI misconstrued my complaint as a civil rights complaint only so to avoid responding to my federal general crime complaints. I also objected the FBI's conclusion "The facts set forth in you letter do not constitute a federal civil rights violation", and requested a statement of reasons from FBI for this conclusion because there was no any reason either based on the facts of my complaint or at law applicable to my complaint provided for the conclusion by FBI, and I understood I have a right at law to a statement of reasons. I received no response.

54. The only basis for the FBI's decision not to investigate my complaint is a conclusion: "The facts set forth in you letter do not constitute a federal civil rights violation". However, my Complaint contains not only civil rights allegations but also general crime allegations, which apparently the FBI totally disregarded. So without any adjudication on my general crime allegations, my Complaint was dismissed.

55. The FBI has no lawful reason to ignore my allegations under the federal general crimes statutes. Under the federal law, the FBI has the sole responsibility as the central law enforcement agency to enforce the federal penal statutes. This is clearly established in The Attorney General's Guidelines On General Crimes, Racketeering Enterprise And Terrorism Enterprise Investigations.

- 19

Liao v.Ashcroft et al.

1

2   56. As the federal "primary criminal investigative agency", the FBI is bound to respond to all

3       allegations of violations of federal general crime statute, and has investigative jurisdiction

4       over violations of more than 200 categories of federal crimes. In fact, a review of US federal

5       case laws shows that the FBI has conducted extensive investigations concerning federal

6       crimes such as perjury. The FBI so far has failed to provide me with any reason for not

7       investigating my allegations of Cahill's perjury etc. general crimes as it investigated for other

8       complainants. The FBI apparently refuses to comply with its clearly established duty at law

9       to respond to my general crimes allegations, and just turns an blank eye on them. This is

10      most covert deprivation of my right to equal protection of law under the US Constitution.

11

12

13  57. Further, the FBI did not make any facts finding on my Complaint, in stead it made a

14      conclusion on my allegations. This is contrary to its lawful mandate as stipulated by The US

15      Attorney Manual 1-2.303 Federal Bureau of Investigation, that the FBI is a fact finding

16      agency only, because it did not conclude on issues of facts, but on an issue of law,

17

18  58. And when making this conclusion of law, the FBI did not provide a statement of reasons for

19      it, either at law or facts. Under the federal administrative law, as a federal agency, the FBI is

20      required to provide a brief statement of reasons for its findings.

21

22

23  59. Apparently the FBI intended to dismiss my complaint without any reasons. Because of the

24      above stated, the FBI is sued hereby for intentional negligence for damages, and Arthur

25

- 20

Liao v.Ashcroft et al.

Balizan is sued under §1983, in his personal capacity, for under color of state law, depriving my right to equal protection guaranteed by 5th Amendment.

60. I complained to the Head of FBI, but never received any response. To conclude, the FBI violated its duty at law. This is a violation of my right to equal protection under 5th Amendment.

San Francisco Police Department Defendants:

61. On February 8, 2007, I sent a criminal complaint to San Francisco Police Department, addressed to Office of Chief of Police, against crimes committed against me by James Cahill for perjury in violation of California Penal Code, § 118; Maura Ramirez, for forgery in violation of §§ 115 and 134 of California Penal Code, and §6200 of California Government Code; and Michael Laurenson for subordination of perjury in violation of California Penal Code §127.

62. On February 12,2007, I sent a copy of the same complaint to the Investigation Bureau of the police department. On May 4, 2007, I telephoned the Investigation Bureau to inquire about my complaint. Officer (badge # 637) who had the knowledge about my complaint, told me that the way for me to file the complaint is to file the complaint with the Canadian police, then the Canadian police would pass my complaint to San Francisco Police Department. However, there is NO any statutory law or regulation in US that denies a foreign resident's right to directly file a criminal complaint with law enforcement authorities of US against alleged crimes that occur in their jurisdiction.

- 21

Liao v.Ashcroft et al.

63. I then filed a complaint to Office of Chief of Police to complain the handling of my criminal complaint by the police department. On June 1, 2007, Jerry Tidwell, Director of the Risk Management Office of the SF Police Department wrote back to me, informed me that my complaint had been forwarded to him by Police Chief Heather Fong. He then refused to conduct any investigation on my complaint for the following reasons:

64. "According to these unverified materials, you have been convicted of criminal activities related to the issues that you wish this Department to investigate. Further, in both United States Federal and State courts your issues and claims have been heard and evaluated. Again, based upon your own statements, on more than one occasion in each of these court systems these civil and criminal claims, including allegations of fraud and deceit, have been found to be without merit. "

65. Section 777 of California Penal Code stipulates that "Every person is liable to punishment by the laws of this State, for a public offense committed by him therein, except where it is by law cognizable exclusively in the courts of the United States". Here there is no condition attached to "every person", so it shall literally mean every human being, who is liable to punishment by laws of California for crimes this person committed within California. All the crimes alleged in my Complaint occurred in the jurisdiction of the SF Police Department. So not only federal law enforcement authorities, but also the state law enforcement authorities have the jurisdiction to prosecute such crimes.

- 22

Liao v.Ashcroft et al.

66. And Section 682 of California Penal Code stipulates that "Every public offense must be prosecuted by indictment or information". Here "Every public offense" undoubtedly covers ALL offences regardless of the political or ethnic background of the victims such as his prior criminal convictions, whether or not the prior convictions were "related" to the presently alleged criminal violations against him. By refusing to investigate my complaint on ground of my prior criminal record, the SF police department has revised these laws in that "every person" does not include persons whose crime victims have prior criminal record, and "every public offence" does not include those where victims have prior criminal record.

67. This is blatantly unlawful since not only it is contrary to the California penal codes provisions, but also a gross discrimination in administration of law based on political backgrounds of persons, in violation of Fourteenth Amendment. No one in California and US has ever been refused to investigate his criminal complaint by the government law enforcement agencies on grounds that this complainant has criminal record or had prior criminal conviction "related" to the matters being complained of. Even those who have been convicted for felony crimes and are serving jail terms in California still have the constitutional right to liberty from crimes and been protected by California penal laws, otherwise, the people with prior criminal record are no longer enjoying the basic human rights to security of life in California, and the US is no longer a civilized society, needless to say a "ruled by law" and "democratic" society. This discrimination against me by the SF Police Department is on basis of my racial/political background, since the only difference I have from other persons is that the crime perpetrators against me are a White middle class man who joined the racial persecution on me for my challenge of a White supremacy art

- 23

theory, and his co-conspirators who although being minorities themselves but joined him for purpose of their personal gains.

68. And Jerry Tidwell used fraudulent and slanderous fact statements about my cases in refusing to investigate my complaint that "Again, based upon your own statements, on more than one occasion in each of these court systems these civil and criminal claims, including allegations of fraud and deceit, have been found to be without merit."

69. The real fact is: no court, either federal or state, has so far ever made a finding on the merits of my criminal complaint against Cahill and Ramirez under any penal law, either state or federal. As for Laurenson, although when I filed the complaint with the SF Police Department, I had made a complaint with the State Bar of California against him, the cause of that complaint was violation of California Business and Profession Code - unlawful practice of law. Yet in my complaint to the SF Police Department, the cause of the complaint was for violation of another law - Subornation of perjury, in violation of California Penal Code 127. The causes of my criminal complaints to the Sate Bar and the SF police are different, and under California laws I do have the right to make criminal complaints against one person for different causes of actions under different laws. So the adjudication of unlawful practice of law by State Bar does not set a barrier for SF police to prosecute crimes of Laurenson.

70. And by law, the federal and state courts only dealt with my CIVIL claims against Cahill and Ramirez. These courts had NO jurisdictions to investigate and try my criminal complaints

- 24

Liao v.Ashcroft et al.

against the Defendants of my claims, because my cases before them were <u>CIVIL cases</u>, and this jurisdiction issue was stated by the federal court in addressing my complaint against Cahill's perjury crime when dismissing my complaint.

71. Defendant SFPD Police Chief Heather Fong endorsed these police misconduct and improperly delegated her duty of review as Chief of the police. It is the duty of the Chief to review the officer misconduct alleged by complainants, not the Risk Management Director. Heather Fong abused her position as Chief of the Police and endorsed all the above complained police misconduct.

72. I claim that all the above misconduct by the officers and hence by the SF Police Department have violated the laws of California and their mandatory duties in law enforcement. It is also a violation of my constitutional rights guaranteed by the Fourteenth Amendment.

San Francisco Grand Jury Defendants:

73. Defendant Joe Urquhart was Foreperson of San Francisco Indictment Grand Jury (2006-B). On July 28, 2006, I sent a criminal Complaint to the San Francisco Indictment Grand Jury, requesting the jury's investigation for crimes committed against me by James Cahill for perjury in violation of California Penal Code, § 118; Maura Ramirez, for forgery in violation of §§ 115 and 134 of California Penal Code, and §6200 of California Government Code; and Michael Laurenson for subordination of perjury in violation of California Penal Code §127.

74. On August 1, 2006, Urquhart sent me a letter to inform me that after a "careful personal review" and "with the assistance of legal advice", he decided that the Grand Jury must decline to act upon my complaint for reasons that "You more recent claim of fraud during a federal court case in San Francisco would be more appropriately addressed to the United States Attorney's Office here, rather than us".

75. First, this is a violation of California Constitution, Civil Rights Amendments, Article 1, §23 (a) etc., that provides that "Each grand jury shall initially consist of twenty-three (23) persons, who shall make all decisions by a vote of twelve of the grand jurors present, with a quorum of 19." The Grand Jury functions lawfully only as a body. No individual grand juror, acting alone, has any power or authority. Because Urquhart substituted the vote of the Grand Jury for a decision on my Complaint with his own personal decision, although under the California Constitution, he, as a member of the jury, has no authority to do so. Second, while the federal authorities have the jurisdiction over my criminal Complaints, the state law enforcement authorities, including the Grand Jury also have the jurisdiction to investigate any citizen's indictment complaint. This is a selective prosecution based on my race and the nature of my civil rights cases.

76. The Grand Jury is a part of the Superior Court, and hence its act is under the color of the state, and Urquhart acted in the name of the Grand Jury. Therefore, he acted under color of state law and denied my constitutional right to equal protection under law guaranteed by the 14th Amendment that provides that no state shall deny to any person within its jurisdiction the equal protection of the laws.

- 26

Liao v.Ashcroft et al.

77. Defendant Jenni Parrish was former Acting Foreperson of San Francisco Civil Grand Jury (2006-2007). On August 26, 2006, I sent a criminal Complaint to the San Francisco Civil Grand Jury, requesting the jury's investigation for San Francisco Superior Court Defendants' unlawful conduct. On October 10, 2006, Parrish wrote back to me and inclined to investigate my Complaint on a single ground that "Your concerns do not full under the jurisdiction of San Francisco Civil Grand Jury." Yet pursuant to California Constitution, the civil Grand Jury is responsible for investigation on government officials and government operations. This is a violation of the California Constitution and 14th Amendment.

Defendant Claudia Wilken:

78. In May, 2005, I filed a 1983 Complaint For Damages and For Equitable Relief for Violations of Fourteenth Amendment against San Francisco Superior Court judges Ronald Quidachay, Paul Alvarado, clerk Maura Ramirez, etc. as the presiding judge to this case, Wilken exceeded her jurisdiction to unlawfully deny my right to file affidavit pursuant to 28 U.S.C. § 144 - Bias or prejudice of judge.

79. On October 22, 2005, I filed a Declaration entitled "Declaration to Disqualify Judge Wilken" pursuant to 28 U.S.C. § 144 - Bias or prejudice of judge. In that Declaration, I specifically identified in the up-front that this declaration was filed pursuant to 28 U.S.C. § 144 Title 28 of the USC - Bias or Prejudice of Judge.

80. However, in the following proceedings, not only did Wilken disregard this s. 144 affidavit but also she covered it up by totally omitting to even mentioning it in all the court

1    proceedings as if I never filed one, despite that I made written request to ask her to recognize

2    that what I filed was an s. 144 affidavit. This is contradictory to Section 144 of the USC and

3    s. 3-15 of the Local Rule of the District Court for Northern California.

4

5    81. Section 144 of the USC provides that Whenever a party files a timely and sufficient affidavit

6    that the presiding judge has a personal bias or prejudice either against him or in favor of any

7    adverse party, such judge shall proceed no further therein, but another judge shall be assigned

8    to    hear such proceeding. Section 3-15 of the Local Rule of the District Court for Northern

9    California 3-15 stipulates:

10

11

12    82. Whenever an affidavit of bias or prejudice directed at a Judge of this Court is filed pursuant

13    to 28 U.S.C. § 144, and the Judge has determined not to recuse him or herself and found that

14    the affidavit is neither frivolous nor interposed for delay, the Judge shall refer the request for

15    disqualification to the Clerk for random assignment to another Judge.

16

17    83. Under these rules it is a mandatory requirement that a judge shall cease to proceed with the

18    case when a party files s. 144 affidavit. I have grounds to believe that Judge Wilken

19    deliberately misconstrued my Declaration as filed under s. 455, since in the Order, Judge

20    Wilken based her test on my recusal request on "28 U.S.C. § 455(a)", instead of s. 144. And

21    this was because she would not acknowledge my legal rights under s. 144 of the USC, and s.

22    3-15 of the Local Rules. I claim that I have these rights under the due process clause of the

23    US Constitution.

24

25

-    28

Liao v.Ashcroft et al.

California State Defendants:

84. Kay Yu, in her official capacity as Deputy Attorney General of California, and Bill Lockry, the Attorney General of California, acted as the counsel of record for California state Defendants of my civil rights case in California Superior Court. On or about October 19, 2004, I received a demurrer to my complaint from Yu. However, I checked with the court's Action Register and found there was no such a demurrer filing recorded. I then telephoned the clerk's office and was affirmed that no such a filing. On October 20, I left a message to Yu. Yu called me on October 21, repeatedly told me that she had already filed this demurrer on October 15 and she did so "personally" with the clerk's office. Despite I repeatedly advised her that the action had been stayed so I could not filed any document, Yu threatened me that I had 20 days to respond to the demurrer or my action would be dismissed. I asked her to give me something in writing to clarify that this action was not stayed so I could continue to proceed, for without such assurance, any move of me would constitute "contempt of court". But Yu never responded to my request.

85. I was overwhelmed about that the "Deputy Attorney General of California" and the Attorney General of California had joined the oppression and committed deceit against my civil rights case, feared Yu's dismissal warning and the "contempt of court" charge etc. prosecution, so on October 25, I filed a voluntary dismissal of my case.

86. This is a deceit, an unlawful law practice, in violation of § 6128 of California Business and Profession Code. And because she acted in her official position of Deputy Attorney General of California, so under color of state law, she damaged my case by unlawfully interfere with

- 29

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

my 14th Amendment due process right, in violation of §1983. Bill Lockry is responsible for all these illegal acts as the Attorney General of California.

Defendant Michael Laurenson and Gordon & Rees LLP:

87. Michael Laurenson and Gordon & Rees LLP acted as counsel on records for James Cahill, Defendant of my civil rights case in federal District Court for the Northern District of California. On May 1, 2005, Cahill knowingly made false material declaration under penalty of perjury for his and his wife's residential and employment histories. And for the same issue, Cahill under penalty of perjury has knowingly made two declarations, which are inconsistent to the degree that one of them is necessarily false. Laurenson and lawyers of Gordon & Rees LLP, as counsels on record to Cahill, committed subornation of perjury, in violation of Title 18, U.S.C., §1622, and in violation of §6128 of California Business and Profession Code – unlawful practice of law: deceit.

US media Defendants

88. This oppression by government was joined by the US media that successfully covered up my story against the US and Canada so far. Since 2006, I found that all the purportedly un-moderated forums on major US media's web sites have been programmed to filter out any post that would contain my Web page addresses where I publicize my cases and even key words of my cases:                    , and                    , etc.

- 30

Liao v.Ashcroft et al.

89. For example, CNN. As claimed by CNN, every one can post stories that she/he considers a news in this section, and all users at iReport can share each other's news stories even though the CNN does not pick up these stories as news and report them.

90. On October 22, 2006, I discovered that the CNN had already set up a filter to filter out my story – whenever my name or certain key words of my story appear on iReport, a page came up showing a message "You are not authorized to view this page!" Finally I had to play a little trick to get my story submitted – using a nick name, writing up a simple message without my real name and URL of my Web page, but in stead a link to my post on a forum in China (http://www14.tianya.cn/publicforum/Content/worldlook/1/126501.shtml ), and only then it was successfully submitted. Although from the link people on iReport at that moment could only see mostly Chinese, but there is some English writing about my story there and the URL of my English Web page is there.

91. This was the first time I tried to publish my story with CNN. I had never contacted the CNN in anyway. It is incredible that CNN would already anticipate my attempt to publish my story on its iReport and had already set up a filter awaiting for me.

92. Similarly, in March of 2008, I tried to post my story to Youtube.com in my comments made to the video stories about Tibet riots in China. All messages that contained my Web page addresses would simply never show up, while my other messages without my web page address and without certain key words of my case could show up right away, even though later got removed by the site administrator if any specific info provided on my cases. Same

- 31

Liao v.Ashcroft et al.

as for CNN, I had never contacted youtube, never even attempted to publish my story on Youtube. Apparently, just like CNN, youtube already had knowledge about my case, my attempt to publish my case, and was programmed to filter out my web pages and my story

93. Apparently this is a government operation. Otherwise it is impossible that all the US media would have the same knowledge about my story and act to prevent its exposure on their web sites un-moderated forums.

94. I believe that this political censorship by these American Internet companies is to comply with the US governments' prior restraint order on publication of my case. These American Internet companies willfully conspired with US government for its abuse of racial minorities' human rights. This political censorship restricting Internet free communications, by the US Congress' definition, is a violation of the most fundamental human rights - freedom of expression, contrary to the provisions of the Universal Covenant of Civil and Political Rights of the UN.

## CLAIMS FOR RELIEF

95. WHEREFORE, I pray for judgement against Defendants as follows:

a). For general damages, according to proof;

b). For special damages, according to proof;

c). For interests on all sums awarded, according to proof;

d). For punitive and exemplary damages, according to proof;

e). For declaratory relives as stated above;

1    f). For equitable and such other and further relief as the Court deems just and proper.

2

3

4    JURY TRIAL DEMANDED for ALL ISSUES in this complaint.

5

6

7

8

9

10

11

12

13

14                              Dated this 31st day of May, 2008

15                                            Wanxia Liao
16                                            Plaintiff

17

18

19

20

21

22

23

24

25

Liao v.Ashcroft et al.